IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40507
Summary Calendar
_____


HUMBERTO GONZALEZ,

                            Plaintiff-Appellee,

                 versus

LEO SILVA, Et Al.,

                            Defendants,

LEO SILVA,

                            Defendant-Appellant.


_____

Appeal from the United States District Court for
the Southern District of Texas
(B-95-CV-110)
_____

February 3, 1998
Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

This court does not have jurisdiction of an appeal from an interlocutory order denying summary judgment on the ground that a genuine issue of fact exists.[1]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]*Johnson v. Jones*, 115 S.Ct. 2151, 2156 (1995).

Appeal Dismissed.